AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Maria T. Vullo, )  | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 18-cv-8377 |
| Office of the Comptroller of the Currency et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Maria T. Vullo, the Superintendent of the New York State Department of Financial Services     .

Date:     01/07/2019

/s/ Steven C. Wu
*Attorney's signature*

Steven C. Wu (NYS Bar No. 4698759)
*Printed name and bar number*

New York Office of the Attorney General
28 Liberty Street, 23rd Floor
New York, NY 10005
*Address*

steven.wu@ag.ny.gov
*E-mail address*

(212) 416-6312
*Telephone number*

(212) 416-8962
*FAX number*

Print    Save As...    Reset