

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

July 29, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/19

**By Facsimile (212) 805-6382**
The Honorable Victor Marrero
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Lacewell v. Office of the Comptroller of the Currency*, 18 Civ. 8377 (VM)

Dear Judge Marrero:

This Office represents defendants the Office of the Comptroller of the Currency and Comptroller Joseph M. Otting (together, "OCC") in the above-referenced matter. Presently, OCC's deadline to answer the Complaint is today, July 29, 2019. (ECF No. 33). Respectfully, we request an extension of OCC's deadline to Thursday, August 29, 2019. This is OCC's fourth request for an extension of its deadline to answer following the Court's May 2, 2019, decision and order (ECF No. 28). We make this request to allow the parties to continue to confer concerning the language of a proposed final judgment to submit to the Court.[1]

We thank the Court for its consideration of this request.

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 8-29-19.

SO ORDERED.

7-29-19
DATE     VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/ Christopher Connolly
      CHRISTOPHER CONNOLLY
      Assistant United States Attorney
      Tel.: (212) 637-2761

cc:   *Plaintiff's counsel* (by e-mail)

---

[1] The undersigned counsel has attempted unsuccessfully to contact counsel for plaintiff the New York State Department of Financial Services ("DFS") to obtain consent for this request. DFS consented to the government's prior extension requests.