**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LINDA A. LACEWELL, in her official capacity as Superintendent of the New York States Department of Financial Services,<br><br>      Plaintiff,<br><br> v.<br><br>OFFICE OF THE COMPTROLLER OF THE CURRENCY and JOSEPH M. OTTING, in his official capacity as U.S. Comptroller of the Currency,<br><br>      Defendants. | 18 Civ. 8377 (VM)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that the Office of the Comptroller of the Currency and Joseph M. Otting, in his official capacity as U.S. Comptroller of the Currency, the defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on October 21, 2019.

Dated: New York, New York
    December 19, 2019

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
*Attorney for Defendants*

By: /s/ *Christopher Connolly*
   CHRISTOPHER CONNOLLY
   Assistant United States Attorney
   86 Chambers Street, 3rd Floor
   New York, New York 10007
   Telephone: (212) 637-2761
   Fax: (212) 637-2786
   E-mail: christopher.connolly@usdoj.gov

TO: Clerk of Court
United States Court of Appeals for the Second Circuit
United States Courthouse
40 Foley Square
New York, New York 10007

Matthew William Grieco, Esq.
Steven Chiajon Wu, Esq.
New York State Office of the Attorney General
28 Liberty Street
New York, New York 10005

Eamon Gilroy Rock, Esq.
James Francis Caputo, Esq.
New York State Department of Financial Services
One Commerce Plaza
Albany, New York 12257