```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
LINDA A. LACEWELL, in her official  :
Capacity as Acting Superintendent   :
of the New York State Department    :
of Financial Services               :
                                    :
                Plaintiff,          :
                                    :   18 Civ. 8377 (VM)
        - against -                 :
                                    :
OFFICE OF THE COMPTROLLER OF THE     :
CURRENCY and MICHAEL J. HSU, in     :
his official capacity as U.S.       :
Comptroller of the Currency         :
                                    :
                Defendants.         :
-----------------------------------X

### AMENDED FINAL JUDGMENT

On May 2, 2019 this Court denied the Office of the Comptroller of the Currency and Comptroller Michael J. Hsu's (together, "Defendants" or "OCC") motion to dismiss. (See Dkt. No. 28.) The parties thereafter requested the Court enter final judgment on the matter. (See Dkt. Nos. 41, 42.) On October 21, 2019 the Court entered Final Judgment, (see Dkt. No. 43), and on October 23, 2019, the Court entered an Amended Final Judgment, (see Dkt. No. 45).

On June 3, 2021 the Second Circuit reversed the Amended Final Judgment and remanded the matter to this Court with instructions to enter a judgment of dismissal without prejudice. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1.    For the reasons stated in the Second Circuit's June 3, 2021 opinion the Court hereby dismisses this action without prejudice. The Clerk of Court is directed to enter final judgment in favor of Defendants and to close this case.

**SO ORDERED.**

Dated: New York, New York
       15 June 2021

_____
              Victor Marrero
                U.S.D.J.