**MANDATE**

1:18-cv-08377-VM

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of June, two thousand twenty-one.

Before:   Pierre N. Leval,
          Gerard E. Lynch,
          Joseph F. Bianco,
                    *Circuit Judges.*

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2021

Linda A. Lacewell, in her official capacity as Superintendent of the New York State Department of Financial Services,

   Plaintiff - Appellee,

v.

Office of the Comptroller of the Currency, Michael J. Hsu, in his official capacity as Acting U.S. Comptroller of the Currency,

   Defendants - Appellants.
_____

**JUDGMENT**

Docket No. 19-4271

The appeal in the above captioned case from an amended judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the amended judgment is REVERSED and the cause is REMANDED to the district court with instructions to enter a judgment of dismissal without prejudice.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/26/2021